**MARYANNE B. COOPER, SBN215563**
maryanne@emisonhullverson.com
**MILES B. COOPER, SBN209085**
miles@emisonhullverson.com
**EMISON HULLVERSON LLP**
1005 Sansome Street, Suite 330
San Francisco, California 94111
*Tel*: (415) 434-2111
*Fax*: (415) 434-2112

ATTORNEYS FOR PLAINTIFF
Waymond Smith

**H. GREGORY NELCH, SBN**
HNelch@CHDLawyers.com
**CODDINGTON HICKS & DANFORTH**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065
*Tel*: (650) 592-5400
*Fax*: (650) 592-5027

ATTORNEYS FOR DEFENDANT
Jesus Fernandez-Rocha (incorrectly sued as Jesus FernandezRocha)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMOND SMITH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JESUS FERNANDEZROCHA,<br><br>　　　　Defendants. | CASE NO. 5:18-cv-03373-SVK<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** AS MODIFIED<br><br>**Case filed: June 7, 2018**<br>**Trial date: Unassigned** |

### ORDER

Based on the foregoing stipulation by counsel,

IT IS ORDERED that this matter be dismissed with prejudice, with each side to bear their own attorneys' fees and costs. This order is dispositive of all remaining claims in the case.

///

The case management conference and trial date are stricken. ~~The court maintains jurisdiction of this matter to the extent any issue arises over enforcement of any settlement terms.~~

Dated: February 21, 2019

                                          *Susan van Keulen*
                                          Susan van Keulen
                                            United States District Court Judge